AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SELECT SPECIALTY HOSPITAL -
COLUMBUS GRANT, INC.,**
        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-05-1093**

**PACTIV CORP. MASTER HEALTH**    **JUDGE EDMUND A. SARGUS, JR.**
**AND WELFARE PLAN, #531, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**
        **Defendants.**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed June 11, 2008, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: June 11, 2008        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk